To: The Clerk of the Court of Appeals
    Fourteenth Supreme Judicial District
    Civil Appeals

From: The 21st Judicial District Court of Washington County, Texas
      Honorable Carson Campbell Judge Presiding
      Holly Schulz, Court Reporter

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 4:31:03 PM
CHRISTOPHER A. PRINE
Clerk

**#35768**

**ELIZABETH BRAZEAL**
**APPELLANT**
**VS.**
**III STEPHENS, INC.**
**APPELLEE**

Attorney for Appellant:
George M. Bishop
State Bar of Texas No.
4191 FM 1155 South
Chappell Hill, Texas 77426
713-305-5510

**Attorney for Appellee:**
M. Chad Gerke
The Gerke Law Firm, PLLC
State Bar No. 24027390
2000 South Market Street, Suite 300
Brenham, Texas 77833
979-530-0930
888-832-0527  Fax

Date of Judgment: **n/a**
Nature of Action:**n/a**
Disposition of Case: **Pending**
Jury Trial: **no**
Notice of Appeal: **June 29, 2015**
Request for Findings of Fact and Conclusions of Law: **No**

Tammy Brauner, District Clerk
Washington County, Texas
100 East Main Street, Suite 304
Brenham, Texas 77833

By: _MauuaNajera_ Maria Najera, Deputy



CAUSE NO. 35768

III STEPHENS, INC.                          IN THE DISTRICT COURT

Plaintiff

v.

                                            21st JUDICIAL DISTRICT OF

ELIZABETH BRAZEAL,

Defendant                                   WASHINGTON COUNTY, TEXAS


## NOTICE OF ACCELERATED APPEAL


TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Elizabeth Brazeal hereinafter referred to as Defendant
with this her Notice of Accelerated Appeal to the Court of Appeals
for the First or Fourteenth Supreme Judicial District pursuant to Rule
25.1 and Rule 26.1(4)(b) of the Texas Rules of Appellate Procedure
from the injunction order of June 26, 2015 restraining her from going
on her own property.

Respectfully submitted,


*George M. Bishop*

George M. Bishop
Attorney for Elizabeth Brazeal

4191 F.M. 1155 South

Chappell Hill, Texas 77426

george_bishop@sbcglobal.net

713.530.5510

State Bar No.02353000

FILED
At 10:33 O'CLOCK P M
JUN 2 9 2015
TAMMY BRAUNER
District Clerk, Washington County
By _____ Deputy

## CERTIFICATE OF SERVICE

On this the 29th day of June, 2015 I caused to be delivered by hand the foregoing Notice of Appeal.

_George M. Bishop_
George M. Bishop

CAUSE NO. 35768

III STEPHENS, INC.

Plaintiff

v.

ELIZABETH BRAZEAL,

Defendant

IN THE DISTRICT COURT

21st JUDICIAL DISTRICT OF

WASHINGTON COUNTY, TEXAS

**FILED**

AT 10:34 O'CLOCK a M

JUN 29 2015

**TAMMY BRAUNER**

District Clerk, Washington County

By_____Deputy

## MOTION TO SUPERSDE THE ORDER OF JUNE 26, 2015

TO THE HONORABLE CARSON CAMPBELL, JR., DISTRICT JUDGE:

COMES NOW, Elizabeth Brazeal, hereinafter referred to as Defendant and would show the Court as follows in support of her Motion to Set a Supersedeas Bond in accordance with Rule 29.2 of the Texas Rules of Appellate Procedure and would show the court as follows:

I.

The bond set by the court in its order is $1,000.00. The Defendant has filed simultaneously with this motion a Notice of Appeal to the First or Fourteenth Supreme Judicial district of Texas in accordance with Rule 26.1(4)(b) T.R.A.P. This Court has jurisdiction to set a supersedeas bond in accordance with Rule 29.2 T.R.A.P.

II.

The order of June 26, 2015 prevents the Defendant from going onto her own property which is reserved to her in the agreement of March 10, 2015 marked as Exhibit A to Plaintiff's Original Petition. It is improper for the right to possession of real property to be decided by injunction. Dyer v. Weedon, 769 S.W. 2d 711,714-5 (Tex. App.-Waco 1989, no writ);Simms v. Reisner, 134 S.W.  278, 280 (Tex.Civ.

App.1911, no writ) Exclusive jurisdiction of the right to possession lies in the Justice Court)

The order requires the Defendant to take affirmative action when there was no evidence of or allegation of "extreme hardship". The order freezes Defendant's personal bank accounts and credit cards which were not covered in Exhibit A. This order prevents Defendant from either paying on the credit cards or using them for living expenses. There was no pleading supporting the freezing of Defendant's bank accounts or credit cards in her name and subject to her control. This order also prevents the Defendant from paying counsel, when the Plaintiff is not so restrained. The order requires the Defendant to restore telephone and internet service to the Plaintiff when Exhibit A makes no reference to either and such service is solely in her name and her financial responsibility. Yet her accounts are frozen so she is unable to pay the charges for this service. The Defendant is also required to return her computers to the Plaintiff, when Exhibit A specifically reserves them to her.

III.

Taking these facts into account and the likelihood that this order could be modified or dissolved by the appellate court, the Defendant requests that the supersedeas bond be set at $1,000.00 pending the outcome of this interlocutory appeal.

WHEREFORE, the Defendant prays that the Court set a supersedeas bond in accordance with Rule 29.2 T.R.A.P . at $1,000.00.

Respectfully submitted,

*George M. Bishop*

George M. Bishop

4191 F.M. 1155 South

Chappell Hill, Texas 74426

713.530.5510

State Bar No. 02353000

# CERTIFICATE OF SERVICE

On this the 29th day of June, 2015, I caused to be hand delivered a true and correct copy of the foregoing Motion.

_George M. Bishop_

George M. Bishop



| | | |
|---|---|---|
| CARSON CAMPBELL, JUDGE | | REVA L. TOWSLEE CORBETT, JUDGE |
| 21ˢᵗ Judicial District Court | LYNN MITCHELL | 335ᵗʰ Judicial District Court |
| 100 East Main Street, Suite 305 | Court Coordinator | 100 W. Buck Street, Suite 411 |
| Brenham, Texas 77833 | 100 East Main Street, Suite 305 | Caldwell, Texas 77836 |
| (979) 277-6200 | Brenham, Texas 77833 | (979) 567-2335 |
| | (979) 277-6200 | |
| JAN LYNN | (979) 277-6235 fax | HOLLY SCHULZ |
| Official Reporter | Email: lmitchell@wacounty.com | Official Reporter |
| (979) 542-2947 | | |

July 6, 2015

Mr. George M. Bishop
Attorney at Law
4191 FM 1155 South
Chappell Hill, TX 77426

Mr. M. Chad Gerke
Attorney at Law
*Via Fax No. (888) 832-0527*

Re: Cause No. 35,768; *III Stephens, Inc. v. Elizabeth Brazeal*;
In the 21ˢᵗ Judicial District Court of Washington County, Texas

Dear Counsel:

PLEASE TAKE NOTICE that Defendant's Motion to Supersede the Order of June 26, 2015 filed in the above-referenced case is set for a hearing before the Court on **Thursday, July 23, 2015, at 1:30 p.m.** The hearing will take place in the District Courtroom located on the Third Floor of the Washington County Courthouse, at 100 East Main Street in Brenham, Texas.

Very truly yours,

Lynn Mitchell
Court Coordinator

cc: Ms. Tammy Brauner,
Washington County District Clerk

**FILED**
At 3:25 O'CLOCK P M
JUL 0 6 2015
**TAMMY BRAUNER**
District Clerk, Washington County
By _____ Deputy

## CAUSE NO. 35,768

| | | |
|---|---|---|
| III STEPHENS, INC. | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | |
| VS | § | 21ST JUDICIAL DISTRICT |
| | § | |
| ELIZABETH BRAZEAL | § | |
| *Defendant* | § | WASHINGTON COUNTY, TEXAS |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, ELIZABETH BRAZEAL, and files this, her Motion to Substitute Counsel and in support hereof would respectfully show the Court as follows:

1. George M. Bishop, is counsel of record for Defendant in this action.

2. Defendant requests the Court substitute Joshua S. Clover and Megan L. Marak of the firm Clover & Marak PLLC as counsel of record for herself.

3. Defendant approves the withdrawal of George M. Bishop, and the substitution of Joshua S. Clover and Megan L. Marak as counsel of record in this cause.

4. This substitution of counsel is not sought for purposes of delay or harassment.

5. By his signature below, Joshua S. Clover certifies that he and his firm have been employed to represent Plaintiff in this action.

6. By his signature below, George Bishop requests permission from the Court to withdraw himself and his firm as counsel for Defendant in this cause.

7. WHEREFORE, PREMISES CONSIDERED, Defendant prays that Joshua S. Clover and Megan L. Marak be substituted as record counsel in lieu of George Bishop.



*– signatures follow on next page –*

FILED
AT 3:18 O'CLOCK P M

JUL 06 2015
TAMMY BRAUNER
District Clerk, Washington County
By_____ Deputy

Respectfully submitted,

**LAW OFFICES OF CRAIG SELDIN PLLC      CLOVER & MARAK PLLC**

By: _George M Bishop w/permission_ By: _Joshua S. Clover_
George M. Bishop                          Joshua S. Clover
State Bar No. 02353000                     State Bar No. 24045668
george_bishop@sbcglobal.net                josh@clovermarak.com
4151 F.M. 1155 South                       Megan L. Marak
Chappell Hill, Texas 77426                 State Bar No. 24074649
(713) 530-5510                             megan@clovermarak.com
                                           P.O. Box 2548
                                           Brenham, Texas 77834
                                           (979) 836-7733
                                           (888) 227-1147 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Substitute Counsel* has been served to all counsel of record in the manner indicated below on this the 6th day of July, 2015, as follows:

*Via Facsimile:* *(888) 832-0527*
M. Chad Gerke
The Gerke Law Firm, PLLC
2000 South Market St., Ste. 300
Brenham, Texas 77833

_Joshua S. Clover_
Joshua S. Clover

2